## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 48 MAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LEXIS M. ROLON, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.